IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Marshall Taylor )
229 Lewis St. )
Prattville, Al. 36067 )
Plaintiff(s), )
 )   RECEIVED
 )   2005 AUG 22 A 9:34
 )
v. )   CIVIL ACTION NO.
Charolette Reed )
Prattville Police Dept. )   2:05CV 803-A
Prattville, Al. 36067 )
Defendant(s). )

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Marshall Taylor 229 Lewis St. Prattville, Al. 36067   334 365 9525

2. Name and address of defendant(s): Charolette Reed Prattville Police Dept. Prattville, Al. 36067

3. Place of alleged violation of civil rights: Prattville Police Dept.

4. Date of alleged violation of civil rights: Still happening Now

5. State the facts on which you base your allegation that your constitutional rights have been violated: Charolette Reed has harrassed me by calling my house for payments before its time to pay my fines. She took some of my payments and never applied the money to my fines. She wants me to pay over and over on the same fines. She sends evil spirits to my home.

1

6. Relief requested: I would like Ms. Reed to apply my payments to my fines and give me the right credit to my account. And also stop sending evil spirits to my home, let me live peacefully.

Date: 8/18/05

Marshall Taylor
Marshall Taylor
Plaintiff(s) Signature

2