IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-cv-803-A |
| ) | [WO] |
| CHAROLETTE REED, ) | |
| PRATTVILLE POLICE DEPT. ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER ON MOTION</u>**

Pursuant to the reference order entered for action or recommendation on all pretrial matters (Doc. 3, Aug. 26, 2005), the Magistrate Judge considers the *pro se* Plaintiff's *Motion to Proceed In Forma Pauperis* (Doc. 2, Aug. 22, 2005).

The court wishes the plaintiff to understand *fully* the limited nature of being allowed to proceed *in forma pauperis.* This status does permit the plaintiff to *commence* this lawsuit without *prepayment* of fees and court costs, but it does not permit the plaintiff to maintain the lawsuit without incurring any personal expenses.

The Plaintiff should understand that he *may* incur expenses as a result of the prosecution of this case, and there is no provision for the court's payment of those expenses. For example, in the event of a trial, the Plaintiff may compel the attendance of witnesses through subpoena *only* by tendering to each witness payment of a one-day witness fee of $40, plus mileage. Additionally, court costs, in varying amounts, can be very substantial, and they are normally assessed

against the losing party.  This means that a plaintiff who loses a case may be charged with, and obligated to pay, *all* court costs, even though the plaintiff is proceeding *in forma pauperis*,

Having advised the Plaintiff of the possible expense of litigation, it is

**ORDERED** that the *motion for leave to proceed in forma pauperis* be and is hereby **GRANTED.**

**For good cause, it is further ORDERED that service of this Complaint shall not proceed pending the entry of appropriate orders following the hearing scheduled by order filed herewith.**

DONE THIS 9TH DAY OF SEPTEMBER, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE